IN THE U.S. DISTRICT COURT MIDDLE
DIST. OF PA.

[Ronald L. Fleming Jr. (Pro Se)]
v. PLAINTIFF

Civil # _____
Judge _____

PA Board of Probation & Parole, Gettysburg PA. Kelly Yates
PA State Troopers: Mark Brandt & Brandon Black — Sgt. Trees DEFENDANTS (Et Al)
*All Defendants are sued in their individual as well as official capacities by law
Adams County Adult Correctional Facility, Warden Katy Hileman
Below (*(Pro Se) Civil Petition (1983)*)

FILED
HARRISBURG, PA
FEB 25 2021
PER ___IR___
DEPUTY CLERK

① PARTIES INVOLVED [*There will be John Doe defendants in this petition]

1). Adams County Department of Probation Services, Defendant Kelly Yates (Defendant)

2). Pennsylvania State Troopers Mark Brandt, and Brandon Black, charging officers as well as Defendants...

3). Adams County Adult Correctional Facility, Warden Katy Hileman, as well as several other prison officials here employed also sued in their individual as well as official capacities, names will be presented as this case moves foreward.

4). Plaintiff Ronald L. Fleming Jr, litigant and Plaintiff, all the way through this civil matter.

(STATEMENT OF THE CASE)

And now comes (Pro Se) litigant Ronald L. Fleming Jr. respectfully brings forth this civil matter based on the facts of unjust use of authority, by the Adams County probation officer Ms Kelly Yates retaliation, based on a judges decision to dismiss a (2) year case # CP-01-CR-1073-2019, for escape, to wich the maximum sentence should have been served, as stated all conditions have been satisfied, for this (12) month sentence, the only condition that was not met, is the (40) hrs community service as stated by Judge Campbell, wich is very difficult to achieve, with the (COVID) environmental laws, and the Plaintiff's constant efforts running out of options to complete this stipulation. Case is dismissed finally as of January 15 2021.

① In this subsection the named numbered defendants are not to answer, they are just the stated parties involved, they should answer to, → in the numbered statement of facts (page 3)...

(P.1)

THE PLAINTIFF RONALD L. FLEMING JR. WAS THEN FREE TO LEAVE THE ADAMS COUNTY PROBATION AND PAROLE, HUMAN SERVICES BUILDING ON Barlow School Road, IN GETTYSBURG PA. 'A Free civilian' All to BE TURNED BACK AROUND By DEFENDANT MS. KELLY YATES, AND ORDERED to COME to THE OFFICE, DUE to THE PENDING CHARGE OF *INSTITUTIONAL VANDELISM# CASE CP-01-CR-214-2020), Wich THE PLAINTIFF AGREED to (12) MONTHS PROBATION ON AUGUST 17, 2020, IN COURT PROCEEDINGS, AND SHOULD HAVE BEEN 'STARTED SERVING TIME FOR' BUT COULD NOT, DUE to DEFENDANT MS. KELLY YATES, UNDUE DELAY IN THIS MATTER of CASE # CP-01-CR-1033-2019 ESCAPE, and THE (COU+0) ISSUE, DEFENDANT KELLY YATES THEN THREATINS THE PLAINTIFF RONALD L. FLEMING JR. With ~~more~~ A PRISON VIOLATION, IF THE COURT ORDERED (40) hours of COMMUNITY SERVICE IS NOT MET IN THIS CASE, Wich is CLEAR and Compelling, FOR "RETALIATION" IN THIS "CIVIL Lawsuit", OF THE (3) PRONG REQUIREMENTS. PLAINTIFF RONALD FLEMING JR. THEN, leaves THE DEFENDANTS OFFICE, All to BE ESCORTED out of the Building, By THE ADAMS COUNTY SHERIFF DEPARTMENT, AS ORDERED By DEFENDANT MRS. KELLY YATES, OF THE ADAMS COUNTY SHERIFFS DEPARTMENT. PLAINTIFF RONALD FLEMING, IS THEN PERSUED BY THE GETTYSBURG POLICE DEPARTMENT, THE GETTYSBURG STATE TROOPERS, And A helicopter, AS ORDERED By DEFENDANT PROBATION OFFICER MRS. KELLY YATES, All to BE APPROACHED EXACTLY (2) minutes later, By DEFENDANTS BRANDON BLACK, & Sgt. TREES OF THE PENNSYLVANIA STATE police DEPARTMENT BASED ON A FALSE TIP OF INTOXICATION BY THE DEFENDANT PROBATION OFFICER MS. KELLY YATES, OF THE ADAMS COUNTY PROBATION AND PAROLE SERVICES. THEN ASSULTED BY THE (2) DEFENDANTS, IN VIOLATION OF THE 8TH AMENDMENT & 14TH AMENDMENT OF THE U.S. CONSTITUTION, GIVEN FALSE CHARGES Wich were later DISMISSED, AND rushed to THE ~~ADAMS COUNTY~~ PRISON CARELESSLY and RECKLESSLY, MORE WILL BE PRESENTED AS THIS CASE MOVES ALONG, IN THE CIVIL TRIAL PROCEEDINGS. * UPON THE ARRIVAl AT THE ADAMS COUNTY PRISON, THE PLAINTIFF WAS MET AT THE GATE, By MORE UNNAMED DEFENDANTS, OF THE ADAMS COUNTY PRISON, SNATCHED OUT THE STATE TROOPER VEHICLE, THROWN TO THE Ground AND ONCE AGAIN ASSULTED By DEFENDANTS Troop. BLACK, and Trooper. TREES, And

*THE INSTITUTION VANDELISM CHARGE occured, while SERVING SOME OF THE TIME IN PRISON for THE ORIGIONAL CHARGE ABOVE... CASE # (CP-01-CR-1033-20

(P.2)

And several other matters on Defendant Adams county prison, as of this point, your Plaintiff will refer to all prison personell Defendants as "John Doe", due to the large number of county employees involved, as this civil matter proceeds, name will become apperant, Your Plaintiff Ronald L. Fleming Jr, was then rushed straight to lock up and sprayed with "MACE" on several occasions, by diffrent "John Doe" Defendants, as well as serial assaults on him to this day.

* **Statement of the facts Defendants must answer these numbered allegations accordingly, also the "John Doe" Defendants, as their names become apperant, as this civil matter moves foreward ... ↓ ↓ ↓ MUST ANSWER**

1) On January 13, 2021, your Plaintiff Ronald L. Fleming Jr (prose) appeared at the Adams county Human Resources Building probation and parole, for a gagnon hearing by request of Defendant Ms. Kelly Yates.

2) After Judge Campbell dismisses the parole violation gagnon, due to all conditions being met, all but community service, the Plaintiff starts to exit the Building to go about his day.

3) Defendant Ms. Kelly Yates, then calls the Plaintiff Ronald L. Fleming Jr (prose), to her office, a very heated argument then persues, Defendant Mrs. Kelly Yates was very upset about the fact that the parole on the charge was time served by Judge Campbell. The Defendant then states on the new and pending probation to be served she will make sure I do community service, on this on, regardless of why the other probationary time was maxed out, keep in mind of the fact that all stipulation were clearly met, for the last probationary time was time served by Judge Campbell.

4) Defendant Miss Kelly Yates then after a (15) min. dispute between the (2) of us, stated your Plaintiff is free to remove himself, all to be escorted by the Adams county Sheriff's Dpt. all the way to the Human Resources Building probation and parole, parking lot, to where his driver was awaiting him, in a 2001 blue Saturn.

5) The Defendant Mrs. Kelly Yates then calls the Gettysburg police, and the Pennsylvania State police, with false allegation that a intoxicated black male has just fleed the area.

(p. 3)

6) EXACTLY (12) MINUTES LATER, YOUR PLAINTIFF WAS APPROACHED BY DEFENDANTS TROOPERS MARK BRANDT, BRANDON BLACK, & SARGENT TREES, ALL OF THE PENNSYLVANIA STATE POLICE;

7) DEFENDANT SGT. TREES, APPROACHED YOUR PLAINTIFF RONALD FLEMING JR., WITH DEFENDANT TROOPER BRANDON BLACK, WAS ASKED TO GET OUT OF THE VEHICLE AND PERFORM A SERIES OF TESTS, BY DEFENDANT TROOPER BRANDON BLACK, ALL IN THE PRESCENSE OF DEFENDANT SARGENT TREES, AFTER PERFORMING THESE TESTS THE PLAINTIFF

8) WAS THEN TOLD TO TURN AROUND AND PUT HIS HANDS BEHIND HIS BACK BY DEFENDANT TROOPER BRANDON BLACK, WITHOUT BEING READ HIS "MIRANDA RIGHTS", NOR WHAT HE WAS BEING ARRESTED FOR.

9) AFTER A HEATED ARGUMENT BETWEEN YOUR PLAINTIFF RONALD FLEMING JR. AND DEFENDANT TROOPER BRANDON BLACK, WHILE SITTING IN THE BACK OF DEFENDANT OFFICER BRANDON BLACK, SQUAD CAR, THE PLAINTIFF RONALD FLEMING JR, WAS ASSULTED HOG TIED, THEN HAD A OBJECT PLACED OVER HIS HEAD YANKED OUT THE SQUAD CAR, THROWN TO THE GROUND AND ASSULTED AGAIN, AND FORCED IN THE SQUAD CAR.

10) THE DEFENDANT OFFICER, BRANDON BLACK, THEN SPEEDS AWAY VERY RECKLESSLY, WITH BOTH BACK WINDOWS ALL THE WAY DOWN, SPEEDING DOING AT LEAST (80 mph) IN AND OUT OF TRAFFIC, WITH THE PLAINTIFF HOGTIED IN THE BACK,

11) ONCE AT THE ADAMS COUNTY PRISON INSIDE THE GATE YOUR PLAINTIFF RONALD FLEMING JR. (1050), IS THEN SNATCHED OUT THE SQUAD CAR AND ASSULTED AGAIN BY ALL KNOWN DEFENDANTS INCLUDING THE ADAMS COUNTY PRISON OFFICIALS.

12) KEEP IN MIND DEFENDANTS HERE AT THE ADAMS COUNTY PRISON, WILL APPEAR AND ANSWER TO AT A LATER TIME AS THIS CASE PROCEEDS.

13) DEFENDANT WARDEN KATHY HILEMAN, AS WELL AS THE PRISON PSYCH DEPARTMENT AND NUMOROUS PRISON OFFICIALS WILL BE PUT IN A "DISCOVERY MOTION" TO HELP MAKE THIS CIVIL ACTION VERY WELL UNDERSTOOD. A GRIEVANCE WAS FILED.

14) YOUR PLAINTIFF RONALD FLEMING JR. CLEARLY ALLEGES HIS RIGHTS HAVE CLEARLY BEEN VIOLATED BY ALL KNOWN DEFENDANTS THE (8TH)(14TH)(4TH) THE CHARGES HAVE BEEN DISMISSED FROM THE DEFENDANT PENNSYLVANIA STATE POLICE, WHICH ARE AGGREV→

(P.4)

A\*ed Assult (DUI) East Hanover (scheduled for a hearing), the plaintiff is still being held illegally due to the Defendant, Probation officer Kelly Yates, wrongful Probation Detainer.

## \* Relief Requested

1). Issue a court decision in the favor of your plaintiff Ronald L. Fleming Jr. (Prose), against all known defendants of the Adams County Human Resources Building Probation and Parole, that their actions were clearly illegal and force them to pay "$200,000", for their unjust actions.

2). Issue a court decision in the favor of your plaintiff Ronald L. Fleming Jr. (Prose), against all known Defendants of the Pennsylvania State Police Department, that their actions were clearly illegal, for "illegal search and seizure" of the plaintiffs vehicle, and "false charges", and "excessive force" in the amount of $700,000 for their illegal actions.

3). Issue a court decision, in the favor of your plaintiff Ronald L. Fleming Jr., names and their actions will become known as this civil matter move foreward, against prison officers, Defendants, Warden Kathy Hileman, "Defendants of the prison psych Department" for mental Anguish, corpal punishment and illegal confinement, in the amount of "$500.00", Also various prison officials...

\* I Ronald L. Fleming Jr. (Prose) plaintiff Declares under penalty of perjury that all information in this "legal civil matter, 1983" is true and correct and that if not, I can be prosecuted for perjury.

Date: February 15th 2021

Ronald L. Fleming Jr. (Prose)
Ronald L. Fleming Jr. (Prose)
Adams County Prison 45
Major Bell Ln Gettysburg PA
17325

(p.5)

NAME Ronald Fleming Jr.
ACP# 21-00645
ADAMS COUNTY ADULT CORRECTIONAL COMPLEX
45 MAJOR BELL LANE
GETTYSBURG, PA 17325

**THIS MAIL ORIGINATED FROM A CORRECTIONAL FACILITY**

Ronald Regan Federal Build.
228 Walnut St.
Ht.bg, PA, 17101

RECEIVED
HARRISBURG, PA
FEB 25 2021
PER _____ DEPUTY CLERK